■ BENJAMIN SUTCH, Appellant, v DEBERA C. SUTCH-LENZ, Also Known as DEBERA C. SUTCH, et al., Defendants, and DEAN M. COON, as Guardian ad Litem of BENJAMIN SUTCH, an Infant, Respondent. [9 NYS3d 894]—Egan Jr., J. Appeal from an order of the Supreme Court (Nolan Jr., J.), entered July 2, 2014 in Saratoga County, which, among other things, granted defendant Dean M. Coon's motion for summary judgment dismissing the complaint against him.

The underlying facts are fully set forth in our prior decision involving a virtually identical appeal brought by plaintiff's sister, Jessica Sutch, wherein this Court affirmed Supreme Court's order granting a motion by defendant Dean M. Coon (hereinafter defendant) for summary judgment dismissing the complaint against him (*Sutch v Sutch-Lenz*, 129 AD3d 1141 [2015]). Upon reviewing the record on appeal in this case, we

find that the allegations of legal malpractice and breach of fiduciary duty asserted against defendant, as well as the arguments raised by plaintiff on the present appeal, mirror those raised by plaintiff's sister on her prior appeal—as does the evidence tendered in support of defendant's motion for summary judgment dismissing plaintiff's complaint and the proof submitted by plaintiff in opposition thereto. Accordingly, as plaintiff's arguments and proof relative to defendant's representation of him are indistinguishable from those previously raised by his sister, we affirm for the reasons set forth in our prior decision (*id.*).

Lahtinen, J.P., Garry and Rose, JJ., concur. Ordered that the order is affirmed, with costs.